Edward D. PLOTZKER, M.D.,
Plaintiff–Appellant,

v.

Royce C. LAMBERTH, Chief United States District Court Judge for the District of Columbia; American Board of Urology, Incorporated; Kirkland & Ellis, LLP; George Washington University, d/b/a George Washington University Medical Center; Kilpatrick Stockton, LLP; John and Jane Does, Defendants–Appellees.

No. 09–2211.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (3:08–cv–00027–nkm–bwc).

Edward D. Plotzker, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, James Worth Draughn, Jr., Kirkland & Ellis, LLP, Washington, D.C., K. Lorraine Lord, McGuirewoods, LLP, Richmond, Virginia, Melissa Wolf Riley, McGuirewoods, LLP, Charlottesville, Virginia, Adam Howard Charnes, Kilpatrick Stockton, LLP, Winston–Salem, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward D. Plotzker, M.D., seeks to appeal the district court's order granting Defendants' motions to dismiss his various claims against them. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on October 22, 2008. The notice of appeal was filed on October 20, 2009. Because Plotzker failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*